**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| IAN L. CORMIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORENO VALLEY POLICE DEP'T.,<br><br>　　　　Defendants. | Case No. EDCV 11-0888-SVW (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the third amended complaint, the Report and Recommendation of the United States Magistrate Judge, and has conducted a de novo review of the objections filed to the Report. The Court accepts the findings and recommendations in the Report and Recommendation and ORDERS that Defendants Paulette Norman, Karen Hestler, Gary Windom, Scott Williams, the Riverside County Sheriff's Department and the Moreno Valley Police Department be dismissed from this action with prejudice.

Dated: February 5, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stephen W. Wilson
　　　　　　　　　　　　　　　　　　　United States District Judge