# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-0888-SVW (MLG) | Date | March 21, 2013 |
|---|---|---|---|
| Title | Ian L. Cormier v. Moreno Valley Police Department, et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge |
|---|---|

| Terri Steele | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     In Chambers: Order to Show Cause

    On February 12, 2013, Plaintiff was ordered to file a fourth amended complaint with specific limitations on both claims and defendants. The fourth amended complaint was to be filed no later than March 12, 2013. Plaintiff has failed to comply with this order.

    IT IS ORDERED that on or before April 5, 2013, Plaintiff shall show good cause in writing why this action should not be dismissed for failure to prosecute. If Plaintiff fails to respond to this order within the time specified or fails to demonstrate good cause for the failure to comply with the Court's order, he will be deemed to consent to a dismissal of the action.

                                                                                                                                                                                                                   :

Initials of Clerk     ts